IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLEEN SANGUINETTI, as an individual and personal representative of the ESTATE OF MARY E. PERRIN, SHARON BETTENCOURT, as an individual and successor in interest to the ESTATE OF MARY E. PERRIN, STEVE PACHEO, as an individual and successor in interest to the ESTATE OF MARY E. PERRIN,<br><br>            Plaintiff,<br><br>    v.<br><br>AVALON HEALTH CARE, INC. dba AVALON OF CALIFORNIA, LLC; AVALON CARE CENTER - MERCED FRANCISCAN, LLC, dba Franciscan Convalescent Hospital; 3169 M STREET, LLC, LISA CHAPPELOW, CYNTHIA SELMO, DOES 1-100,<br><br>            Defendants. | 1:12 - CV - 0038 AWI SKO<br><br>ORDER VACATING HEARING DATE OF MARCH 19, 2012, AND TAKING MATTER UNDER SUBMISSION |

   In this action for damages pursuant to 42 U.S.C., section 1983, defendant Avalon Health Care, Inc. et al. ("Defendants") have moved to dismiss the Complaint of plaintiffs, Coleen Sanguinetti, et al. ("Plaintiffs"). The hearing on Defendants' motion to dismiss was continued is set for Monday, March 19, 2012. The Court has reviewed Defendants' motion, Plaintiffs'

opposition, Defendants' reply and the applicable law, and has determined that the Motion is suitable for decision without oral argument.  Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 19, 2012, is VACATED, and no party shall appear at that time.  As of March 19, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   March 15, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2